# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN CYRIL LAPID BUENAVENTURA,<br><br>Petitioner,<br><br>vs.<br><br>JERRY BURT,<br><br>Respondent. | No. C07-0034-LRR<br><br>ORDER |

The matter before the court is the petitioner's pro se motion for copies of the state criminal cases related to two witnesses who testified against him during his criminal trial. The petitioner filed such motion on October 24, 2008. In his motion, the petitioner makes clear that he is requesting information under the Freedom of Information Act.

When ruling on a previous motion for copies, the court explained to the petitioner that he is represented by counsel and he should rely on counsel to present his claims or request copies. Further, the briefing is complete in this case and additional argument is not appropriate at this stage. Indeed, new arguments are not timely in light of the applicable statute of limitation. Moreover, the Freedom of Information Act ("FOIA"), 5 U.S.C. § 551, *et seq.*, requires that agencies under the authority of the government of the United States must make certain documents and information available to the public. The courts of the United States are not bound by the requirements of the FOIA; the FOIA applies only to federal agencies. *See* 5 U.S.C. § 551(1)(B). Finally, the court does not possess the records that the petitioner requested. The records are presumably maintained by the clerk's office in the corresponding state court where the cooperating witnesses were prosecuted. Based on the foregoing, the petitioner's motion for copies of the state criminal

cases related to two witnesses who testified against him during his criminal trial (docket no. 21) is denied.

**IT IS SO ORDERED.**

**DATED** this 28th day of October, 2008.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT